In the Matter of HAROLD A. CUNNINGHAM et al., Appellants, against PAUL J. KERN et al., as Members of the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Submitted May 21, 1940; decided June 11, 1940.

*Herman Morris* for appellants.

*William C. Chanler, Corporation Counsel* (*David DuVivier* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.